In the Matter of ABRAHAM NEWMAN, Appellant, against ROBERT E. MURPHY, as Warden of Auburn State Prison, Respondent.

Submitted December 3, 1951; decided January 24, 1952.

*Abraham Newman,* in person, for motion.

*Nathaniel L. Goldstein, Attorney-General (William S. Elder, Jr., Wendell P. Brown* and *Herman N. Harcourt* of counsel), opposed.

Motion denied. No substantial constitutional question is presented. (*Matter of Pizza* v. *Lyons,* 278 App. Div. 65, affd. 303 N. Y. 736.)